REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

May 12, 2015

ABEL ACOSTA, CLERK

IN THE

COURT OF CRIMINAL APPEALS

MICHAEL DAVID WILLIAMS     §

V.            §       PD # 0202-15

THE STATE OF TEXAS     §

---

FROM APPEAL # 07-14-00128-CR

FROM CAUSE # D 34, 123-CR

**MOTION FOR REHEARING FOR PETITION FOR**

**DISCRETIONARY REVIEW**

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 12 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Michael David Williams, Petitioner, herein, and respectfully files this motion for rehearing for Petition for Discretioary Review, and in support of this motiom, Petitioner shows the court the following:

I

Petitioner was convicted in the 13th Judicial District Court of Naverro County, Texas of the offense of Continuous Sexual Assualt of a Child in cause No. D 34, 123-CR, styled State of Texas v. Michael David Williams. The petitioner appealed to the Court of Appeals, Seventh District. The cause was affirmed on January 29th, 2015. The Court of Criminal Appeals refused Petitioner's Petition for Discretionary Review on April 22, 2015.

II

Petitioner respectfully moves this Court to Review/Rehear, Petition For Discretionary Rview, the issue presented by Petitioner and Rebutted by the State. The decision of the Seventh

District Court of Appeals errored in its determination that the Continuous Sexual Assault of a Child Statutes Evidence was sufficient to support petitioner's conviction, furthermore, the Seventh Court of Appeals, failed to consider the recordas a whole which violated the substantial right of the petitioner(pursuant to Texas Rules of Appellant Proceduer 44.2 (b)) when determining egregious harm.

## III

When re-evaluating the specifics of the statute; petitioner respectfully request this Court to consider the following:

(1) The erroneous jury instruction misstated the law,depriving the petitioner of a fair trial, therefore causing egregrious harm

. (2) The erroneous jury instruction included act/acts that was specifically excluded from the statute. Tex.Penal Code Ann.21.02 (c)(2).

(3) The erroneous jury instruction was empasised by the state, stating to the jury that,"if they could prove the act or acts specifically excluded from the statute, that was enough to meet their brden of proof inorder for the jury to find the petitioner guilty."

(4) The repetativeness of the error in charge, that was included two times in lesser included charges, therefore adding emphasis to the misstatement of the law, therefore causing egregrious harm to the petitioner.

(5) Testeimony of the alleged victim provided no evidence that a crime had occured during the timeframe alleged in the indict - met or statute.

(6) The continuous Sexual Assualt of a child Statute.became effective on September 1,2007. The range of the indictment was January 1,2008 to January 30,2010. The State only showed evidence of an alleged crime in 2006, thus being outside the scope of the statute as well as indictment.

**WHEREFORE,** Petitioner prays, that for the forementioned reason that this Court grant this motion and recosideration/ re-eavaluate the Petition for Discretionary Review. No.0202-15.

PETITIONER PRO SE

MICHAEL DAVID WILLIAMS

## CERTIFICATION OF SERVICE

I crtify that a true and correct copy of the above and foregoing motion for Rehearing for Petition for Discretionsry Review has been forward by U.S. mail, postage Prepaid, First Class, to The State Prosecutor, P.O.BOX 13046, Austin,Texas. 78711.
on this the 28 day of April.

PETITIONER PRO SE

MICHAEL DAVID WILLIAMS

## INMATE DECLARATION

I Michael David Williams, T.D.C.J.-CID # 1913738, being presently incarcerated in the Bill Clements Unit of the Texas Department of Criminal Justice in Potter County, Texas, do verify and declare under penalty of perjury that the foregoing statement are true and correct.

Executed this the 28th day of April.

PETTIONER PRO SE

MICHAEL DAVID WILLIAMS

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

BILL CLEMENTS UNIT-CID # 1913738

9601 SPUR 591

AMARILLO, TEXAS. 79107-6906

Michael David Williams
Clements Unit # 1913738
9601 Spur 591
Amarillo, TX 79107

Legal

Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711